```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 11341
   MATTHEW E HOFFMAN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-6201

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/26/2007 and was not confirmed.

     The case was dismissed without confirmation 09/19/2007.
------------------------------------------------------------------------
CREDITOR NAME            CLASS              CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
COOK COUNTY TREASURER    SECURED NOT I  NOT FILED                .00            .00
WELLS FARGO BANK         SECURED NOT I  NOT FILED                .00            .00
WELLS FARGO BANK         SECURED NOT I  NOT FILED                .00            .00
SAXON MORTGAGE           CURRENT MORTG         .00               .00            .00
SAXON MORTGAGE           MORTGAGE ARRE         .00               .00            .00
ATG CREDIT               UNSECURED      NOT FILED                .00            .00
CAPITAL ONE BANK         UNSECURED      NOT FILED                .00            .00
COMMONWEALTH EDISON      UNSECURED      NOT FILED                .00            .00
IC SYSTEMS               UNSECURED      NOT FILED                .00            .00
NICOR GAS                UNSECURED      NOT FILED                .00            .00
NORTHWEST COLLECTION     UNSECURED      NOT FILED                .00            .00
AT & T BANKRUPCTY        UNSECURED      NOT FILED                .00            .00
SAXON MORTGAGE           CURRENT MORTG         .00               .00            .00
SAXON MORTGAGE           MORTGAGE ARRE    5219.83                .00            .00
ROBERT V SCHALLER ^      DEBTOR ATTY     2,653.00                             316.54
TOM VAUGHN               TRUSTEE                                               23.46
DEBTOR REFUND            REFUND                                                 .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                340.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                316.54
TRUSTEE COMPENSATION                           23.46
DEBTOR REFUND                                    .00
                  ---------------        ---------------
TOTALS                 340.00                 340.00


               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 11341 MATTHEW E HOFFMAN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 04/04/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |